```
    UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 17388
    WILLIAM C DEATRICK
    KATHLEEN DEATRICK                         CHAPTER 13

                                              JUDGE: JOHN H SQUIRES

         Debtor
    SSN XXX-XX-7133    SSN XXX-XX-2333
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 05/03/05 and confirmed on 08/05/05.

   2. The plan is paid in full.

   3. The Debtor paid a total of $ 52200.00 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BANK OF AMERICA NA | CURRENT MORTG | .00 | .00 | .00 |
| BANK OF AMERICA NA | MORTGAGE ARRE | 23366.57 | .00 | 23366.57 |
| HARRIS BANK CONSUMER LOA | UNSECURED | 4913.33 | .00 | 1811.59 |
| SUMMERLIN HOMEOWNERS ASS | SECURED | 1365.26 | 40.25 | 1365.26 |
| SMC | UNSECURED | 356.42 | .00 | 131.42 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 24270.81 | .00 | 8948.87 |
| COUNTRY COMPANIES INSURA | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 17363.44 | .00 | 6402.06 |
| HARRIS BANK CONSUMER LOA | UNSECURED | NOT FILED | .00 | .00 |
| HOLLYWOOD COLLISION | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 861.89 | .00 | 317.79 |
| MARSHALL FIELD | UNSECURED | 478.08 | .00 | 176.27 |
| PEOPLES BANK | UNSECURED | NOT FILED | .00 | .00 |
| RUSH COPLEY MEDICAL CENT | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 14738.76 | .00 | 5434.32 |
| ROUNDUP FUNDING LLC | UNSECURED | 2551.73 | .00 | 940.85 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 24731.83 | .00 | 65534.46 | .00 | 90266.29 |
| PRINCIPAL PAID | 24731.83 | .00 | 24163.17 | .00 | 48895.00 |
| INTEREST PAID | 40.25 | .00 | .00 | .00 | 40.25 |
| TOTAL PAID | 24772.08 | .00 | 24163.17 | .00 | 48935.25 |

The Debtor's attorney, COHEN & KROL                    , was allowed $  2200.00
and was paid $   1306.00  direct and $    894.00  through the plan.

The Trustee received $   2370.75 .

Refunds to the Debtor totaled $      .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


  Dated: 02/09/09                       /S/
                                            GLENN STEARNS
                                            CHAPTER 13 TRUSTEE